**Ken Therrien**
**413 North 2nd Street**
**Yakima, WA 98901**

Attorney for:
Gerardo Maderos Loreto

# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON
### (Honorable Salvador Mendoza Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> GERARDO MADEROS LORETO, ) <br> Defendant. ) <br> ) <br> _____ ) | NO.  CR-16-2047-SMJ-1 <br><br> MOTION AND MEMORANDUM IN SUPPORT OF MOTION FOR DISCOVERY <br><br> December 14, 2016 @ 11:00 a.m. Yakima, WA |

TO:    Clerk of the Court;

TO:    Thomas Hanlon, Assistant United States Attorney.

COMES NOW, Gerardo Maderos Loreto, and moves this Court for an order requiring the government to comply with the following discovery requests:

1.    **Statements**. All written and oral statements made by Gerardo Maderos Loreto.  This request includes, but is not limited to, any rough notes,

MOTION AND MEMORANDUM IN SUPPORT OF
MOTION FOR DISCOVERY - 1

**KEN THERRIEN, PLLC**
413 North 2nd Street
Yakima, WA 98901
(509) 457-5991

records, reports, transcripts or other documents and tapes in which statements of Gerardo Maderos Loreto are contained. The substance of statement the government intends to introduce are discoverable under Fed. R.Crim. P. 16(a)(1)(A) and <u>Brady v. Maryland</u>.

2. **<u>Documents, statements, reports, tangible evidence</u>**.

Production of all documents, statements, agents' reports, and tangible evidence favorable to the defendant on the issue of guilt or which affects the credibility of the government's case. This evidence must be produced pursuant to <u>Brady v. Maryland</u> and <u>United States v. Agurs</u>, 96 S.Ct. 2392 (1976).

3. **<u>Prior record/other act evidence</u>**. All evidence, documents, records of judgments and convictions, photographs and tangible evidence, and information pertaining to any prior arrests and convictions or prior bad acts. Evidence of prior record is available under Fed. R. Crim. P. 16(a)(1)(B). Evidence of prior similar acts is discoverable under Fed R. Crim. P. 16(a)(1)(C) and Fed. R. Evid. 404(b) and 609. This request also includes RIPHI ALI' rap sheet and/or NCIC computer check on Gerardo Maderos Loreto.

MOTION AND MEMORANDUM IN SUPPORT OF
MOTION FOR DISCOVERY - 2

**KEN THERRIEN, PLLC**
413 North 2nd Street
Yakima, WA 98901
(509) 457-5991

4.      **Seized evidence**.  All evidence seized as a result of any search, either warrantless or with a warrant, in this case.  This is available under Fed. R. Crum, P. 16(a)(1)(C).

5.      **Agent's reports, notes, memos**.  All arrest reports, investigator's notes, memos from arresting officers, sworn statements, and prosecution reports pertaining to Gerardo Maderos Loreto.  These reports are available under Fed. R. Crim. P. 16(a)(1)(B) and (C); and Fed. R. Crim, P. 26.2 and 12(i).  This request includes affidavits in support of search warrants and the lists of items seized in the execution of any search warrant.  In addition, any witness interview notes that could be considered to be statements attributable to the witness are requested.  See Goldberg v. United States, 96 S.Ct. 1338 (1976).

6.      **Other documents/tangible objects**.  All other documents and tangible objects, including photographs, books, papers, documents, or copies or portions thereof which are material to Gerardo Maderos Loreto's defense or intended for use in the government's case-in-chief or were obtained from or belong to Gerardo Maderos Loreto.  Specifically requested also are all documents, items and other information seized pursuant to any search.  This is available under Brady and Fed. R. Crim. P. 16(a)(1)(C).

MOTION AND MEMORANDUM IN SUPPORT OF
MOTION FOR DISCOVERY - 3

**KEN THERRIEN, PLLC**
413 North 2nd Street
Yakima, WA 98901
(509) 457-5991

7. **Bias of government witnesses**. Any evidence that any prospective government witness is biased or prejudiced against Gerardo Maderos Loreto or has a motive to falsify or distort his/her testimony. See Pennsylvania v. Ritchie, 480 U.S. 39 (1987); United States v. Strifler, 851 F.2d 1197 (9th Cir. 1988).

8. **Prior record/other acts of government witnesses**. Any evidence that any prospective government witness has engaged in any criminal act whether or not resulting in a conviction. See F.R.E. Rule 608(b) and Brady.

9. **Investigation of witnesses**. Any evidence that any prospective witness is under investigation by federal, state or local authorities for any criminal or official misconduct. United States v. Chitty, 760 F.2d 425 (2nd Cir.), 474 U.S. 945 (1985).

10. **Evidence regarding ability to testify**. Any evidence, including any medical or psychiatric reports or evaluations, tending to show that any prospective witness's ability to perceive, remember, communicate, or tell the truth is impaired; and any evidence that a witness has ever used narcotics or other controlled substance, or has ever been an alcoholic. United States v.

MOTION AND MEMORANDUM IN SUPPORT OF
MOTION FOR DISCOVERY - 4

KEN THERRIEN, PLLC
413 North 2nd Street
Yakima, WA 98901
(509) 457-5991

Strifler, 851 F.2d 1197 (9th Cir. 1988); <u>Chavis v. North Carolina</u>, 637 F.2d 213, 224 (4th Cir. 1980); <u>United States v. Butler</u>, 567 F.2d 885 (9th Cir. 1978).

11. **Personnel files**.  It is requested that the government review each agent's personnel file for review for information requested in paragraphs 7 – 10 above and determine whether there is any impeaching information contained in the files.  See <u>United States v. Henthorn</u>, 931 F.2d 29 (9th Cir. 1991).

12. **Government witnesses**. The name and last known address of each prospective government witness.  See <u>United States v. Neap</u>, 834 F.2d 1311 (9th Cir. 1987); <u>United States v. Tucker</u>, 716 F.2d 583 (9th Cir. 1983) (failure to interview government witnesses by counsel is ineffective); <u>United States v. Cook</u>, 608 F.2d 1175, 1181 (9th Cir. 1979) (defense has equal right to talk to witnesses).

13. **Other witnesses**. The name and last known address of every witness to the alleged offenses (or any of the overt acts committed in furtherance thereof) who will <u>not</u> be called as a government witness.  <u>United States v. Cadet</u>, 727 F.2d 1469 (9th Cir. 1984).

14. **Favorable testimony**.   The name of any witness who made an arguably favorable statements concerning Gerard Maderos Loreto or who

MOTION AND MEMORANDUM IN SUPPORT OF
MOTION FOR DISCOVERY - 5

KEN THERRIEN, PLLC
413 North 2nd Street
Yakima, WA 98901
(509) 457-5991

could not identify him or who was unsure of his identity or participation in the crime charged. <u>Jackson v. Wainwright</u>, 390 F.2d 288 (5th Cir. 1968); <u>Chavis v. North Carolina</u>, 637 F.2d 213, 223 (4th Cir. 1980); <u>James v. Jag</u>, 575 F.2d 1164, 1168 (6th Cir. 1978); <u>Hudson v. Blackburn</u>, 601 F.2d 785 (5th Cir. 1975).

15. **<u>Specific inquiries of agents</u>**. It is requested that the government make specific inquiry of each government agent connected to the case for the information requested in paragraphs 12-14. <u>United States v. Jackson</u>, 780 F.2d 1305 (6th Cir. 1986); <u>United States v. Butler</u>, 567 F.2d 885, 889 (9th Cir. 1978).

16. **<u>Rule 26.2 Material/Timing of Production</u>**. It is requested that the government provide all material available pursuant to Fed. R. Crim. P. 26.2, sufficiently in advance of trial or motion hearings so as to avoid unnecessary delay prior to cross examination.

17. **<u>Experts/resumes</u>**. The curriculum vitae of any and all experts the government intends to call at trial, including any and all books, treatises or other papers written by the expert which is relevant to the testimony.

18. **<u>Expert's reports and summaries</u>**.   Production of any and all reports of any examinations or tests, is requested pursuant to Rule

MOTION AND MEMORANDUM IN SUPPORT OF  
MOTION FOR DISCOVERY - 6

**KEN THERRIEN, PLLC**  
413 North 2nd Street  
Yakima, WA 98901  
(509) 457-5991

16(a)(1)(D). In addition, it is requested that the government disclose a written summary of testimony the government intends to use under FRE 702, 703 or 705. As required by Rule 16(a)(1)(E), the summaries must describe the witnesses' opinions, the bases and the reasons therefore and the witnesses' qualifications. See Fed. R. Crim. P. 16(a)(1)(E) (added December 1, 1993).

19. **Confidential Informant(s) and related information**. It is requested that the government reveal the identity of any and all confidential informants who were percipient witnesses to the charges in this case and information regarding any promises made to the CI and the information provided by the CI.

20. **Promises made or "deals" with government witnesses**. Under Giglio v. United States, 405 U.S. 150 (1972), the government must provide all promises of consideration given to witnesses. See also United States v. Shaffer, 789 F.2d 682 (9th Cir. 1986).

21. **Minutes of Grand Jury Proceedings**. Production of the minutes of the grand jury proceedings is requested in order to determine whether there has been compliance with Rule 6 with regard to attendance and the number of grand jurors voting on this indictment. See Rule 6(b)-(d).

MOTION AND MEMORANDUM IN SUPPORT OF
MOTION FOR DISCOVERY - 7

KEN THERRIEN, PLLC
413 North 2nd Street
Yakima, WA 98901
(509) 457-5991

22. **Grand Jury transcripts**. All grand jury transcripts are requested in accordance with Rule 6.

23. **Statement by government of refusal to provide**.    If the government has any of the above-requested items or the times required by the rules, law, or court order, but refuses to provide them to the defense, Gerardo Maderos Loreto requests a statement as to the existence of the items and the refusal to provide them.

DATED this 14th day of November, 2016.

      *s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Gerardo Maderos Loreto
413 North 2nd Street
Yakima, WA  98901
(509) 457-5991
Fax:  (509) 457-6197

MOTION AND MEMORANDUM IN SUPPORT OF
MOTION FOR DISCOVERY - 8

**KEN THERRIEN, PLLC**
413 North 2nd Street
Yakima, WA 98901
(509) 457-5991

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury of the laws of the State of Washington that on November 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Thomas Hanlon, Assistant United States Attorney.

                            *s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Gerardo Maderos Loreto
413 North 2nd Street
Yakima, WA  98901
(509) 457-5991
Fax:  (509) 457-6197

MOTION AND MEMORANDUM IN SUPPORT OF
MOTION FOR DISCOVERY - 9

**KEN THERRIEN, PLLC**
413 North 2nd Street
Yakima, WA 98901
(509) 457-5991