**KEN THERRIEN**
**413 NORTH SECOND STREET**
**YAKIMA, WA 98901**
**(509) 457-5991**

Attorney for Defendant
GERARD MADEROS LORETO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF WASHINGTON
## (Honorable Salvador Mendoza Jr.)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. GERRADO MADEROS LORETO, Defendant. | NO. CR-16-2047-SMJ-1 MOTION AND MEMORANDUM IN SUPPORT MOTION TO DISCLOSE ALL BENEFITS OF INFORMANTS/COOPERATING CO-DEFENDANTS/WITNESSESS December 14, 2016 @ 11:00 a.m. Yakima, WA |

TO:     Clerk of the Court;
TO:     Thomas Hanlon, Assistant United States Attorney.

Comes now, the Defendant, GERARDO MADEROS LORETO, and moves the Court for an order granting the following motion:

## INTRODUCTION

During the course of the underlying investigation, the investigating agents/law enforcement relied heavily upon the use of confidential informants/cooperating co-

MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DISCLOSE INFORMAT BENEFITS
Page 1

**LAW OFFICE OF KEN THERRIEN**
4132 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991

defendants or cooperating witnesses. It has also come to the defendant's attention that several co-defendants have either agreed to or are in the process of agreeing to cooperating. Accordingly, the defense seeks to obtain all information concerning each and every benefit each informant/cooperating co-defendants or cooperating witnesses has received, or is expected to receive directly and/or indirectly from the Government. This entails both the instant investigation, previous investigations, and possible future investigations.

## ARGUMENT

The defense respectfully requests that this court order the Government to disclose ALL benefits even being considered for the informant(s)/ cooperating co-defendants or cooperating witnesses who are cooperating in the investigation of this case. Although the defendant understands that there may be no "specific promises" made to any witness, the defendant seeks full disclosure of any proposed recommendations for payment/benefits the Government is considering making at any time in the future. This information is discoverable pursuant to FRCrP 16 as well as Brady v. Maryland. In particular, the defendant seeks the following:

1. The exact nature of any plea bargain agreements the Government has with any witness, which the plaintiff intends to call, including a copy of the agreement if written. This request includes, but is not limited to:

MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DISCLOSE INFORMAT BENEFITS
Page 2

**LAW OFFICE OF KEN THERRIEN**
4132 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991

a) Any agreements dismissing charges against the witness;

b) Any agreements providing leniency for the witness;

c) Any agreements affecting the sentence of any witness;

d) Any agreements concerning the place of incarceration or detention;

e) Any and all agreements not to bring any other criminal charges in this jurisdiction, state or federal;

f) Any and all compensation given directly or indirectly to the witnesses; and

2. The nature of any and all grants of immunity given to any witness, including a copy of the grant if written, and a statement:

a) Whether such immunity is state or federal;

b) In what jurisdiction the immunity was conferred;

c) The extent of each and every immunity agreement; and

3. The criminal and juvenile record(s) of any witness/informant, which the Government intends to call for the trial in this case;

4. Evidence indicating that the accused distributed controlled substances as an accommodation and/or that the accused possessed controlled substances for personal use and not necessarily for profit or other personal gain.

5. Finally, that any Order by the Court include information concerning the confidential informants from other parts of the country where that individual has

MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DISCLOSE INFORMAT BENEFITS
Page 3

**LAW OFFICE OF KEN THERRIEN**
4132 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991

previously worked with the Government, including, but not limited to, working with the FBI/DEA and ATF.

## CONCLUSION

The defendant respectfully requests that this Court order the Government to produce all benefits received, expected to be given, or even considered in this case, as well as all benefits received, or considered in other cases that the informant/ cooperating co-defendants or cooperating witnesses has worked with the Government. The defense, at a minimum, should be entitled to a copy of all agreements entered into between the Government and the informant(s)/cooperating co-defendants or cooperating witnesses.

DATED this 14th day of November, 2016.

    s/ Ken Therrien
Ken Therrien WSBA #20291
Attorney for Gerardo Maderos Loretos
413 North Second Street
Yakima, WA 98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DISCLOSE INFORMAT BENEFITS
Page 4

**LAW OFFICE OF KEN THERRIEN**
4132 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991

# **CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury of the laws of the State of Washington that on November 14, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

- **Thomas Hanlon,** Assistant United States Attorney

      *s/ Ken Therrien*
KEN THERRIEN, WSBA #20291
Attorney for Gerardo Maderos Loreto
413 North Second Street
Yakima, WA 98901
(509) 457-5991
Fax: (509) 457-6197
kentherrien@msn.com

MOTION AND MEMORANDUM IN SUPPORT OF MOTION TO DISCLOSE INFORMAT BENEFITS
Page 5

**LAW OFFICE OF KEN THERRIEN**
4132 NORTH SECOND STREET
YAKIMA, WA 98901
(509) 457-5991