WILLIAM D. HYSLOP
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington  98901
(509)  454-4425

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GERARDO MADEROS LORETO,<br><br>Defendant. | 1:16-CR-2047-SMJ<br><br>GOVERNMENT'S SENTENCING MEMORANDUM FOR RESENTENCING |

The United States of America, by and through WILLIAM D. HYSLOP, United States Attorney for the Eastern District of Washington, and Benjamin D. Seal, Assistant United States Attorney, submits the following Government's Sentencing Memorandum.

   I.    Base Offense Level and Enhancements

The PSIR provides for a total offense level of 39, criminal history VI, with a guideline range of 360 months to life.

The Government agrees with the guideline calculations in the PSIR.

II.  Departures

The Government is not aware of any departures that are warranted.

III.  18 U.S.C. § 3553(a)

The guideline range of 360 months to life provides a reasonable sentence sufficient, but not greater than necessary, to comply with the purposes set forth in 18 U.S.C. § 3553.

This case resulted from Defendant's repeated efforts to arrange for the murder of his ex-girlfriend, A.G. After their breakup, A.G. obtained a court order prohibiting Defendant from contacting her directly or through third parties. Defendant disregarded this order in violent fashion, resulting in his imprisonment. Defendant continued to contact A.G. from prison, especially after he learned that she was pregnant with another man's child. Though his friends encouraged him to leave A.G. alone, Defendant's intent towards A.G. became more violent, and he attempted to hire someone to kill A.G. The police intervened and Defendant was indicted for use of the mail to commit murder for hire. After his federal indictment, Defendant continued to try to hire someone to kill A.G., resulting in new charges of murder for hire and methamphetamine distribution.

Defendant's behavior shows a total disregard for the law, an unwillingness to be deterred from criminal conduct, and a persistent intent to commit violent crimes.

Defendant's history and characteristics also support a sentence within the guideline range. Defendant is a Norteno gang member, and at one time held an

important leadership position in the gang. Defendant used his gang connections to facilitate commission of the crimes in this case. Defendant has a long criminal history including multiple convictions for burglary and illegal possession of a firearm.

IV. <u>Defendant's Conduct Post-Sentencing:  November 4, 2019 Escape Attempt.</u>

On November 4, 2019, Defendant attempted to escape from the Yakima County Jail by breaking a hole through the ceiling of his cell. The hole was apparently discovered before Defendant had an opportunity to use it to leave the cell.

On November 4, 2019, a DOC officer conducted a walkthrough of D unit where Defendant was being held. The officer walked by cell 10 and observed a large hole in the ceiling of the cell. Defendant was the only occupant of cell 10. The officer handcuffed Defendant and escorted him out of the cell. Defendant had superficial scratch marks on both of his forearms. An officer contacted Defendant in order to photograph the scratch marks on Defendant's forearms, however, Defendant refused to display his arms to be photographed. Officers searched Defendant's cell. They found no contraband or anything suspicious other than debris from the ceiling. In order to create the hole, Defendant broke through first a layer of cement type substance, then through a metal layer of mesh. A report and photographs of the hole created by Defendant are attached as Attachment A.

V.   Defendant's Conduct Post-Sentencing:  Stabbing in BOP Custody

As mentioned in the PSR (¶189), Defendant was involved in a stabbing that occurred while in BOP custody.  A summary of the incident is as follows.

On November 30, 2018, a man with the initials J.L. arrived at USP Florence, a high security penitentiary located in Colorado.  At that time Defendant was serving his sentence in the same facility.

J.L. is a former member of the Ogden Trece, which is a gang from Utah that uses the number "13" to represent them. As a result, J.L. has the number "13" tattooed on his body. The number "13" is also known to be used by the Surenos, but J.L. explained to intake officers that the tattoos on his body using "13" were not related to the Surenos.  In fact, J.L. explained that Surenos were enemies of the Ogden Trece. J.L. was told he could be placed in protective custody, however, J.L. said he wanted to be in general population.

A day or two after J.L. arrived at USP, he went out to talk to a couple of other inmates from Utah and was introduced to a couple of inmates from Texas. J.L. explained that he was a member of the Ogden Trece gang, so his "13" tattoos did not mean he was a Sureno gang member. Some of the inmates indicated they understood because other Ogden gang members had walked the yard at USP Florence.  J.L. had this conversation multiple times with multiple inmates during his first two days at USP Florence.

Nevertheless, on December 2, 2018, as J.L. was walking by two other inmates, the two inmates brandished knives and began stabbing J.L.  One of these inmates who stabbed J.L. was Defendant.

After being stabbed multiple times, blood started squirting from J.L.'s ear and oozing from his right arm. Officers quickly arrived and used OC spray on Defendant and the other stabber. The stabbing was captured on video and officers recovered the knives used in the attack.

J.L. was transported to Parkview hospital following this incident. He was treated for multiple stab wounds, which were approximately one to two centimeters in size. He had wounds behind his left ear, on his shoulders, left anterior chest, midline back, and abdomen. He was diagnosed with a hernia, some pnemoperitoneum, and some hearing loss as a result of the wound behind his left ear.  J.L. received surgery to repair the hernia and his wounds were sutured.  J.L. was released from Parkview and returned to the USP on December 6, 2018. However, he subsequently developed a severe infection in his stomach wound and an additional hernia.  The hernia caused J.L.'s stomach to distend.  The distension initially was the size of a golf ball, but later grew to the size of a basketball.

VI.     Sentencing Recommendation

Based on the conduct charged in the Indictment as well as Defendant's conduct post-sentencing, the Government recommends a sentence of 396 months.

DATED this 12th day of November, 2019.

1 |         WILLIAM D. HYSLOP
        United States Attorney

        s/Benjamin D. Seal
        BENJAMIN D. SEAL
        Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on November 12, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will provide notice to the counsel of record in this case.

> s/ Benjamin D. Seal
> Benjamin D. Seal
> Assistant United States Attorney
> United States Attorney's Office
> 402 E. Yakima Ave., Suite 210
> Yakima, WA 98901
> (509) 454-4425
> Fax:  (509) 249-3297