# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                        Plaintiff,<br>-vs-<br>GERARDO MADEROS LORETO,<br><br>                                        Defendant. | Case No.    1:16-CR-02047-SMJ<br>**CRIMINAL MINUTES**<br>DATE:    DECEMBER 3, 2019<br>LOCATION:    YAKIMA<br>**RE-SENTENCING HEARING** |

| | | |
|---|---|---|
| | **Hon. Salvador Mendoza, Jr.** | |
| Debbie Brasel | 01 | Kim Allen |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Benjamin David Seal | | David R. Partovi |
| **Government Counsel** | | **Defendant's Counsel** |
| **United States Probation Officer:**   Sean Carter | | |

**[XX] Open Court**          **[  ] Chambers**          **[  ] Teleconference**

Defendant **is present and is in custody** of the US Marshal

The Court rules on and accepts the Pre-Sentence Report

Argument by counsel

Defendant addresses Court on his own behalf

**Imprisonment:**    Count 1: 120 months, consecutive to Counts 2, 3, 4 and 5; Counts 2 and 3: 120 months, concurrent to each other, but consecutive to Counts 1, 4, and 5; Counts 4 and 5: 156 months, concurrent with each other, but consecutive to Counts 1, 2, and 3 for **a total term of imprisonment of 396 months.**

Defendant shall receive credit for time served in federal custody prior to sentencing in this matter.

**Supervised Release**:    3 years with respect to each of Counts 1, 2, 3, 4, and 5 concurrent with each other for **a total term of supervised release of 3 years** with mandatory conditions, standard conditions, and the following special conditions:

1. You must not communicate, or otherwise interact, with AG, either directly or through someone else, without first obtaining the permission of the probation officer. You must not enter the premises or loiter within 1000 feet of the victim's residence or place of employment.

## [XX]   ORDER FORTHCOMING

| **CONVENED:** 9:30 A.M. | **ADJOURNED:** 10:20 A.M. | **TIME:** 0:50 HR. | **CALENDARED** [N/A] |
|---|---|---|---|

*USA -vs- Loreto*  December 3, 2019
1:16-CR-02047-SMJ  Page 2
Re-Sentencing Hearing

2. You must not communicate, associate, or otherwise interact, with any known criminal street gang member or their affiliates, without first obtaining the permission of the probation officer.

3. You must submit your person, residence, office, or vehicle and belongings to a search, conducted by a probation officer, at a sensible time and manner, based upon reasonable suspicion of contraband or evidence of violation of a condition of supervision. Failure to submit to search may be grounds for revocation. You must warn persons with whom you share a residence that the premises may be subject to search.

| | |
|---|---|
| **Special Penalty Assessment**: | $100.00 with respect to each of Counts 1, 2, 3, 4, and 5 for a **total of $500.00** |
| **Fine:** | waived |
| **Restitution:** | N/A |

Defendant shall participate in the BOP Inmate Financial Responsibility Program. During the time of incarceration, monetary penalties are payable on a quarterly basis of not less than $25.00 per quarter.

While on supervised release, monetary penalties are payable on a monthly basis of not less than $25.00 per month or 10% of the defendant's net household income, whichever is less, commencing 30 days after the defendant is released from imprisonment.

Appeal rights given