UNITED STATES DISTRICT COURT ■ EASTERN DISTRICT OF WASHINGTON
## Transcript Designation and Ordering Form
*This form should be completed by the party ordering the transcript*
**You must contact the Court Reporter to make financial arrangements**

U.S. Court of Appeals Case No. __19-30280__    U.S. District Court Case No. __1:16-CR-02047-SMJ__
Short Case Title __United States v. Loreto__
Date Notice of Appeal Filed by Clerk of the District Court __December 4, 2019__

**1.    Name of Court Reporter/FTR:** Kim Allen

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|
| December 3, 2019 | Resentencing Hearing |

**2.    Name of Court Reporter/FTR:**

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|
| | |

**3.    Name of Court Reporter/FTR:**

| Date of Hearing/Court Rec # | Type of Proceedings |
|---|---|
| | |

(Attach additional page for designations, if necessary)

☐  I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

☐  As retained counsel, a pro se litigant, a U.S. Attorney or a Federal Defender, I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

☑  As appointed counsel, I certify an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within seven (7) days thereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __12/13/19__    Party you represent __Gerardo Loreto__
Type or print name of attorney/pro se litigant __David R. Partovi, WSBA 30611__
Signature of attorney/pro se litigant _____    Phone No. __509.270.2141__
Address __900 N. Maple, Lower Level, Spokane, WA 99201__

CA9-036 (10/82) EDWA 11/10